COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § | No. 08-19-00011-CV |
|---|---|---|
| IN RE | | |
| | § | Appeal from the Probate Court No. 2 |
| THE ESTATE OF | | |
| BUFORD SCOTT, JR., DECEASED | § | of Tarrant County, Texas |
| Appellant. | § | (TC# 2015PR02393-2-A) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellees recover from Appellants and their sureties, if any, all costs of court, both in this Court and the court below.   *See* TEX.R.APP.P. 43.5.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF APRIL, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.